**Willie DOBSON, Plaintiff-Appellee,**

v.

**D.R. CAMDEN, Defendant-Appellant.**

No. 82–2066.

United States Court of Appeals,
Fifth Circuit.

June 20, 1983.

D. Reid Walker, Houston, Tex., for defendant-appellant.

Lovell W. Aldrich, Houston, Tex., for plaintiff-appellee.

## SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, BROWN, GOLDBERG, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.